

# NUMBER 13-22-00554-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TREVINO CONSTRUCTION, LLC AND MARIO TREVINO, INDIVIDUALLY

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria[1]

On November 15, 2022, relators Trevino Construction, LLC and Mario Trevino, individually, filed a petition for writ of mandamus through which they assert that the trial court abused its discretion by issuing an order on May 7, 2021, denying relators' motion

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

to compel discovery "despite the existence of valid Rule 11 agreements." *See* Tᴇx. R. Cɪᴠ. P. 11.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). Mandamus generally "aids the diligent and not those who slumber on their rights." *In re Self*, 652 S.W.3d 829, 830 (Tex. 2022) (orig. proceeding) (per curiam) (quoting *Callahan v. Giles*, 155 S.W.2d 793, 795 (Tex. 1941)). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy on appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840.

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that the relators have failed to meet their burden to obtain relief. Accordingly, we deny the petition for writ of mandamus. *See* Tᴇx. R. Aᴘᴘ. P. 52.8.

NORA L. LONGORIA
Justice

Delivered and filed on the
16th day of November, 2022.

2